| | |
|---|---|
| Andrew Hay, <br><br>        Plaintiff, <br>v. <br><br>CBE Group, Inc.; and DOES 1-10, inclusive, <br><br>        Defendant. | Civil Action No.: 6:14-cv-02055-LRR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Andrew Hay, Plaintiff and CBE Group, Inc., Defendant and hereby submit this Joint Stipulation of Dismissal of all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, with each party bearing their own costs.

| Andrew Hay | CBE Group, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Benjamin P. Roach |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Benjamin P. Roach<br>NYEMASTER GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>(515) 283-3100<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and served a copy by U.S. Mail to:

Sergei Lemberg
Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905

ATTORNEYS FOR PLAINTIFF

               /s/ Benjamin P. Roach
               NYEMASTER GOODE, P.C.
               700 Walnut Street, Suite 1600
               Des Moines, IA 50309
               Telephone: 515-283-3100
               Facsimile: 515-283-3108
               E-mail: bproach@nyemaster.com